IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL HERNANDEZ, AP9795, | ) | |
| Petitioner, | ) ) | No. C 14-4367 CRB (PR) |
| vs. | ) ) | ORDER OF DISMISSAL |
| J. SOTO, Warden, | ) ) | |
| Respondent. | ) ) | |

    Petitioner, a state prisoner incarcerated at California State Prison, Los Angeles County, seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction/sentence from Santa Clara County Superior Court .

    Prisoners in state custody who wish to challenge collaterally in federal habeas corpus proceedings either the fact or length of their confinement are first required to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b)-(c). Petitioner has not done so. He has not presented the Supreme Court of California with an opportunity to consider and rule on his claims. See O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999) (state's highest court must be given opportunity to rule on claims even if review is discretionary); Larche v. Simons, 53 F.3d 1068, 1071-72 (9th Cir. 1995)

1   (Supreme Court of California must be given at least one opportunity to review
2   state prisoners' federal claims).  The petition for a writ of habeas corpus therefore
3   is DISMISSED without prejudice to petitioner filing a new petition after state
4   judicial remedies are exhausted.
5      The clerk is directed to enter judgment in accordance with this order and
6   close the file.
7   SO ORDERED.
8   DATED: Dec. 4, 2014                   _____
                                          CHARLES R. BREYER
9                                         United States District Judge

G:\PRO-SE\CRB\HC.14\Hernandez, P.14-4367.dismissal.wpd

2